UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT EARL HARRIS, as Heir in )
Special Circumstances of the Estate of )
Sarah D. Harris, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　　　　)　**JUDGMENT**
PHOENIX ASSISTED CARE, LLC, )
WAKE COUNTY DEP'T OF HUMAN )　No. 5:13-CV-172-FL
SERVICES, KRISTEN BOOKER, )
BROOKE BLANTON, ROBERT E. )
MONROE, STELA SUSAC PAVICH, )
PHYLLIS THOMAS and Does 1 )
through 50, inclusive, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 21, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 22, 2013, and Copies To:**
Robert Earl Harris (via U.S. Mail) 1111 Church St. B, Morrisville, NC 27560

August 22, 2013　　　　　　　　　　JULIE A. RICHARDS, CLERK
　　　　　　　　　　　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk